UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | EDCV 14-1539-GHK (KKx) | Date   December 18, 2014 |
| Title | United States of America v. Kathleen A Casey | |

Present: The Honorable   KENLY KIYA KATO, U. S. MAGISTRATE JUDGE

| DEB TAYLOR | RS-412-18-14 | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Homan Mobasser

**PROCEEDINGS: ORDER TO SHOW CAUSE**

      Defendant and judgment debtor, Kathleen A. Casey is ordered to appear on **January 16, 2015, at 9:30 a.m.** before this Court, located in Courtroom 4, 3rd floor, United States Courthouse, 3470 12th Street, Riverside, California 92501, and show cause why a warrant should not be issued for her arrest, and why she should not be held in contempt of Court for her failure to attend a judgment debtor examination on December 18, 2014, 9:30 a.m.


cc:    Kathleen A. Casey
        265 Barrett Road
        Riverside, CA 92707

Initials of Preparer   dts